1004

[No. 68706-9-I. Division One. November 25, 2013.]

JERMAINE DOSS, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-37652-6, Joan E. DuBuque, J., entered March 30, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 68841-3-I. Division One. November 25, 2013.]

JOYCE ZAMELIS, *Respondent*, v. ZINTARS ZAMELIS, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 09-2-00254-6, Vickie I. Churchill, J., entered May 7, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Lau, JJ.

[No. 68924-0-I. Division One. November 25, 2013.]

LEONARDO C. MARIANO, *Appellant*, v. SWEDISH CARDIAC SURGERY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-15733-4, Richard D. Eadie, J., entered April 2, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 69034-5-I. Division One. November 25, 2013.]

MICHAEL LEVITZ, *Appellant*, v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-18864-7, Dean Scott Lum, J., entered June 12, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.